# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **8:05CR339** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARTURO GOMEZ MOLINA, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion to Withdraw (Filing No. 48) is scheduled for hearing before the undersigned magistrate judge at **1:00 p.m. on August 9, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 1st day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge