**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:05CR339** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ARTURO GOMEZ MOLINA,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the oral request of newly retained counsel, Steven J. Lefler, for additional time in which to prepare for the trial of defendant Arturo Gomez Molina (Molina). The request was made during a status hearing on August 17, 2006. Chandler Thompson, a certified interpreter in the Spanish language, served as the interpreter by remote telephone hook-up. Molina acknowledged the additional time granted may be excluded under the Speedy Trial Act.

The request is granted and trial of this matter is **rescheduled for October 17, 2006**, before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 17, 2006 and October 17, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 17th day of August, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge